JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MARIA RODRIGUEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 8:22-cv-02319-JWH-DFM<br><br>**JUDGMENT** |
|---|---|

Pursuant to the Scheduling Notice and Order [ECF No. 28] entered on or about August 29, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE